USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NERY CHERY,
                      Plaintiff,

    -against-                                    18 CIVIL 1240 (PAC)

## JUDGMENT

NATIONSTAR MORTGAGE LLC,
NATIONSTAR MORTGAGE HOLDINGS INC.,
FORTRESS INVESTMENT GROUP LLC, and
WELEY R. EDENS,
                      Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 2, 2018, Defendants' motion is granted, and the case is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
           August 6, 2018

                                                        **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                                    **BY:**
                                                           **Deputy Clerk**